AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

~~Northern~~ Middle District of Alabama

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

RECEIVED
2007 SEP 26 A 11:11
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NUMBER: 2:07cv858-MHT

I, Melvin Ray, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   Alabama DOC / Holman CF

   Are you employed at the institution?   No   Do you receive any payment from the institution?   No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?     ☐ Yes     ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☐ Yes     ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Two children

I declare under penalty of perjury that the above information is true and correct.

9-13-07                     Meli Ray
_____               _____
Date                        Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

VIII. **FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint **must** accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($120.00 for a civil action, $5.00 for a habeas corpus petition, or $105.00 for an appeal).

_9-12-07_
DATE

_[signature]_
SIGNATURE OF PLAINTIFF/PETITIONER

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _15.75_ on account to his/her credit at _Holman CF_ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ _89.39_. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ _14.00_. (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

_9/11/2007_
DATE

_[signature]_
SIGNATURE OF AUTHORIZED OFFICER

```
                         STATE OF ALABAMA
                      DEPARTMENT OF CORRECTIONS
                     HOLMAN CORRECTIONAL FACILITY


 AIS #: 163343      NAME: RAY, MELVIN                  AS OF: 09/11/2007

                    # OF        AVG DAILY         MONTHLY
           MONTH    DAYS         BALANCE          DEPOSITS
 -----------------------------------------------------------------------

            SEP      19          $78.36           $144.00
            OCT      31         $132.37             $0.00
            NOV      30          $46.81             $0.00
            DEC      31           $0.00             $0.00
            JAN      31          $20.20           $156.33
            FEB      28         $137.65            $80.00
            MAR      31         $163.99            $50.00
            APR      30         $114.69            $40.00
            MAY      31         $123.07            $42.00
            JUN      30         $100.43             $2.00
            JUL      31          $91.14             $0.00
            AUG      31          $80.88             $0.00
            SEP      11          $26.10             $0.00
```