IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN RAY, #163343, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-858-MHT |
| | ) |
| TROY KING, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for service of process filed by the plaintiff on October 18, 2007 (Court Doc. No. 6), and as such action is not necessary in this case, it is

ORDERED that this motion be and is hereby DENIED.

Done this 19th day of October, 2007.

        /s/ Susan Russ Walker
    SUSAN RUSS WALKER
    UNITED STATES MAGISTRATE JUDGE