United States District Court
Middle District of Alabama

Melvin Ray,

   Plaintiff,

vs.

2:07-CV-858-MHT

[WO]

Troy King,

   Defendant.

Motion for Leave to Amend as of Right and Request for Extension of Time to file an Objection to the Report and Recommendation

Now Comes the plaintiff and hereby moves for leave to amend and requests 10 days extension of time to file an objection, and states the following in support:

1. Plaintiff in this case is not attempting to satisfy or avoid the "in custody" requirements of § 2254, nor is plaintiff attempting to use

-1-

the Declaratory Judgment Act to circumvent the writ of habeas corpus. Plaintiff is, instead, seeking federal intervention where the State of Alabama's Supreme Court has issued a ruling concerning a matter that is preempted by the U.S. Constitution and the Bill of Rights.

2) Plaintiff's efforts are no different, from those when the State of Alabama seeks federal intervention to impose Federal rights upon the State agency when there is a conflict. Plaintiff doesn't not have direct access to research tools, but an example would be when the State or citizen moves for federal intervention in a First Amendment case to impose the Separation of Church and ~~~~~~~ State doctrine.

3) Plaintiff has read caselaw issued by the U.S. Supreme Court that states that § 1983 is available to a person who cannot satisfy the "in custody" requirements of § 2254. I don't recall what the cite is, but I have put in a request to the law library for this case this 18 day of October, 2007.

2

4. For these reasons, Plaintiff seeks leave to affect his right to amend by filing this § 1983 suit since the court holds that the Declaratory Judgment action can't invoke its jurisdiction independently, and then to attach the Declaratory Judgment Act to the §1983 petition, which does properly invoke the Court's jurisdiction.

5. Plaintiff then seeks 10 days extension of time to allow the prison administration to complete plaintiff's request for the U.S. Supreme Court authority that states or holds that § 1983 is the proper remedy in this case, under these circumstances.

6. The Court has latitude and discretion to place plaintiff's pro se action in the proper context. The fact remains that the state court decisions violate the "Supreme Law of the land," and these matter are before the Court for resolution. Plaintiff is challenging state action vis-a-via the Federal Constitution, which has no bearing on the collateral consequences that may result from upholding the supremacy of the

U.S. Constitution and the Bill of Rights.

7. The U.S. Supreme Court has issued a ruling on the Fifth Amendment's Double Jeopardy Clause in <u>Blockburger</u>, and held that this Clause is made applicable to the State's through the Fourteenth Amendment. Thus, plaintiff's fundamental right and immunity is at stake, where a state court ruling unauthorized by the Legislature tramples on these rights.

8. Plaintiff is bringing this action to challenge the State's actions, which deprives <u>all</u> Alabama citizens of a fundamental right without due process of law. A challenge to unconstitutional state action is not governed by habeas corpus, and the Court has the discretion, authority and obligation to declare the supremacy of the U.S. Constitution in this instance.

Respectfully,

Mel R
_____
Melvin Ray
3700 Holman Unit
Atmore, AL 36503

10/18/07



M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Melvin Ray
_____ )
Full name and prison name of )
Plaintiff(s) )
)
v. ) CIVIL ACTION NO. 07cv858-MHT
) (To be supplied by Clerk of U.S. District
Troy King, Attorney ) Court)
General for the State )
of Alabama. )
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒ No ☐

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒  Habeas corpus

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:
         Plaintiff(s) Melvin Ray

         Defendant(s) State of Alabama

      2. Court (if federal court, name the district; if state court, name the county)

         U.S. Dist. Court (S.D. Ala.)

3. Docket number  05-0269-WS-M

4. Name of judge to whom case was assigned  don't recall

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?)  Dismissed

6. Approximate date of filing lawsuit  2004

7. Approximate date of disposition  2005

II. PLACE OF PRESENT CONFINEMENT  3700 Holman Unit, Atmore, AL 36503

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  not applicable

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Feb. 9, 1990

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  The State court has issued a ruling that is preempted by the Supremacy Clause and Double Jeopardy Clause of the U.S. Constitution

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The Ala. Supreme Court has issue a ruling in Ex partes Dawsen/Mckelvey, purporting to create an exception to the U.S. Supreme Court's Blockburger (and its progeny) ruling concerning the Double Jeopardy Clause, but without authorization or intent of the Alabama Legislature. (see attached Declaratory Judgment)

GROUND TWO: The state court ruling deprives Plaintiff of the equal protection of the law and without due process, as guaranteed by the 14th Amendment.

SUPPORTING FACTS: In Blockburger, the Supreme Court defined rights and immunities protected by the Double Jeopardy Clause. The rights and immunities are being denied to Alabama citizens by judicial rulings that are not authorized by the Alabama Legislature. Thus, Alabama citizens are also denied Equal Protection of the U.S. Double Jeopardy Clause compared to all other citizens

GROUND THREE: Alabama law and the U.S. Constitution, as interpreted by the U.S. Supreme Court, are being unconstitutionally applied by the Alabama Supreme Court.

SUPPORTING FACTS: The Alabama Supreme Court is refusing to constitutionally apply state law and respect the separation of power of the Alabama Constitution to place legislative function solely in the hands of the legislature. The U.S. Supreme Court has held that only a state Legislative Branch can create an exception to its double jeopardy ruling. Otherwise, the U.S. Constitution remains the supreme law of the land. The Alabama Legislature, the U.S. Supreme Court, and the State and Federal constitution all prohibit multiple convictions and sentence for burglary with a theft and theft when they arise from a single incident and there is only one theft incident.

(see attached)

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Issue any and all relief allowed by law, including any writ or order requiring the state courts to comply with Blockburger until the Alabama Legislature decides to create any exceptions. Plaintiff only seeks declaratory and injunctive relief. (see attached also)

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-18-07
                (Date)

_____
Signature of plaintiff(s)

The Plaintiff's declaratory judgment petition is adopted by incorporation.