IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN RAY, #163343, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07-CV-858-MHT |
| | ) |
| TROY KING, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the plaintiff on October 23, 2007 (Court Doc. No. 8), in which the plaintiff requests leave to amend the nature of this cause of action to proceed before this court as a 42 U.S.C. § 1983 action in which he seeks declaratory relief, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the Recommendation entered on October 12, 2007 (Court Doc. No. 5) be and is hereby WITHDRAWN.

Done this 24th day of October, 2007.

                                              /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE