M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 OCT 23 A 10: 43

Melvin Ray                          )
Full name and prison name of        )
Plaintiff(s)                        )
                                    )
v.                                  )    CIVIL ACTION NO. 2: 07cv 858-MHT
                                    )    (To be supplied by Clerk of U.S. District
Troy King, Attorney                 )    Court)
General for the State               )
of Alabama.                         )
_____             )
_____             )
_____             )
_____             )
                                    )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.)                 )

I.    PREVIOUS LAWSUITS

      A.    Have you begun other lawsuits in state or federal court dealing with the same or
            similar facts involved in this action?  YES ☑  No ☐

      B.    Have you begun other lawsuits in state or federal court relating to your
            imprisonment?       YES ☐       NO ☑   Habeas corpus

      C.    If your answer to A or B is yes, describe each lawsuit in the space below.  (If there
            is more than one lawsuit, describe the additional lawsuits on another piece of paper,
            using the same outline.)

            1.    Parties to this previous lawsuit:

                  Plaintiff (s) __Melvin Ray_____

                  _____

                  Defendant(s) __State of Alabama_____

                  _____

            2.    Court (if federal court, name the district; if state court, name the county)

                  _____

                  __U.S. Dist. Court (S. D. Ala.)_____

3. Docket number __O5 - O369 - W5. M__

4. Name of judge to whom case was assigned __don't recall__

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) __Dismissed__

6. Approximate date of filing lawsuit __2004__

7. Approximate date of disposition __2005__

II. PLACE OF PRESENT CONFINEMENT __3700 Holman Unit,__
__Atmore, AL 36503__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
__not applicable__

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

|   | NAME | ADDRESS |
|---|------|---------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
__Feb. 9, 1990__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __The State court has issued a ruling that is preempted by the Supremacy Clause and Double Jeopardy Clause of the U.S. Constitution__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The Ala. Supreme Court has issue a ruling in Ex partes Dawson/ Mckelvey, purporting to create an exception to the U.S. Supreme Court's Blockburger (and its progeny) ruling concerning the Double Jeopardy Clause, but without authorization or intent of the Alabama Legislature. (see attached Declaratory Judgment)

GROUND TWO: The state court ruling deprives Plaintiff of the equal protection of the law and without due process, as guaranteed by the 14th Amendment.

SUPPORTING FACTS: In Blockburger, the Supreme Court defined rights and immunities protected by the Double Jeopardy Clause. The rights and immunities are being denied to Alabama citizens by judicial rulings that are not authorized by the Alabama Legislature. Thus, Alabama citizens are also denied Equal Protection of the U.S. Double Jeopardy Clause compared to all other citizens

GROUND THREE: Alabama law and the U.S. Constitution, as interpreted by the U.S. Supreme Court, are being unconstitutionally applied by the Alabama Supreme Court.

SUPPORTING FACTS: The Alabama Supreme Court is refusing to constitutionally apply State law and respect the separation of power of the Alabama Constitution to place legislative functions solely in the hands of the legislature. The U.S. Supreme Court has held that only a state Legislative Branch can create an exception to its double jeopardy ruling. Otherwise, the U.S. Constitution remains the Supreme law of the land. The Alabama Legislature, the U.S. Supreme Court, and the State and Federal constitution all prohibit multiple convictions and sentence for burglary with a theft and theft when they arise from a single incident and there is only one theft incident.

(see attached)

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

Issue any and all relief allowed by law, including any writ or order requiring the state courts to comply with Blockburger until the Alabama Legislature decides to create any exceptions. Plaintiff only seeks declaratory and injunctive relief. (see attached also)

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 - 18 - 07                          .
              (Date)

_____
Signature of plaintiff(s)

The Plaintiff's declaratory judgment petition is adopted by incorporation.