IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN RAY, #163343, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-858-MHT |
| | ) |
| TROY KING, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on October 23, 2007 (Court Doc. No. 8), and as the document to which the plaintiff seeks an extension to file a response has been withdrawn, it is

ORDERED that this motion be and is hereby DENIED as moot.

Done this 24th day of October, 2007.

                                                /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE