IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MELVIN RAY,                     )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )       2:07cv858-MHT
                                )           (WO)
TROY KING, Attorney General     )
for the State of Alabama,       )
                                )
    Defendant.                  )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 15) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 13) is adopted.

(3) This lawsuit is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of November, 2007.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**