United States District Court For The
Middle District of Alabama

Melvin Ray,
Plaintiff,

vs.

2:07-cv-858-MHT

Troy King,
Defendant.

Notice of Appeal from the
Opinions of the Court

Now comes Plaintiff Melvin Ray, and hereby serves notice of appeal to the Elevent Circuit U.S. Court of Appeals from the opinion of the Court issued November 14, 2007.

Respectfully submitted,

Melvin Ray
Melvin Ray
3700 Holman Unit
Atmore, AL 36503

November 16, 2007

cc:

Melvin Ray M-35
163343
3700 Holman Unit
Atmore, AL 36503

U.S. District Court
Middle District of Alabama
15 Lee Street
Montgomery, AL 36

Legal Mail


RECEIVED
NOV 23 2007
U.S. PROBATION OFFICE
MONTGOMERY, ALABAMA