United States District Court for the middle ~~Eastern~~ District of Alabama

Melvin Ray,
    Plaintiff,

vs.

Troy King, Attorney General,
    Defendant.

Civil Action No.

2:07-cv 858-MHT

(WO)

RECEIVED
2007 DEC -6 A 10: 21
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Notice of Appeal and Motion to Proceed In Forma Pauperis

Plaintiff Melvin Ray hereby serves notice of appeal from the Courts orders denying Ray the opportunity to file a Declaratory Judgment, Habeas Corpus, or proceeding under the All Writs Act, and from the ruling in the §1983 action, to the Eleventh Circuit Court of Appeals, and requests leave to proceed in forma pauperis.

Respectfully submitted,

Melvin Ray
Melvin Ray

December 3, 2007

cc:

Melvin Ray M-35
163343
3700 Holman Unit
Atmore, AL 36503

MOBILE AL 366
04 DEC 2007 PM 1 L



U.S. District Court
Middle District of Alabama
15 Lee Street
Montgomery, AL

LEGAL MAIL