# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA
### OFFICE OF THE CLERK
### POST OFFICE BOX 711
### MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE
　CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(334) 954-3610

**December 7, 2007**

Mr. Thomas K. Kahn, Clerk　　　　　　　　　　　USDC No. CV-07-T-00858-N
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW　　　　　　　　　　　　　USCA No._____
Atlanta, GA  30303

　　　IN RE: MELVIN RAY V. TROY KING
_____

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
  X  Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
  X  First Notice of Appeal: ___Yes, X  No  Date(s) of Other Notices: 12/3/2007
Was there a hearing from which a transcript could be made:
___Yes, The Court Reporter(s) is/are:
  X  No　　　　　　Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
  X  IFP__; and/or APPEALABILITY/CPC is pending in this Court.
___Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
  X  The Appellate docket fee has been paid;___Yes, X  No:_____Date , Receipt#_____
___Appellant has been ___GRANTED;___DENIED IFP, Copy of Oder enclosed.
___Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ___Supersedeas Bond
  X  The District Judge or Magistrate Judge appealed from is Hon: MYRON H. THOMPSON
This is an appeal from a bankruptcy order; Bankruptcy Judge:_____
___This is a DEATH PENALTY appeal.
_____

Certified record on appeal consisting of:
　　　　　　___Volume(s) of Pleadings, _ Volume(s) of Transcripts,
　　　　　　___SEALED ITEMS, ie. __PSI(s)____; OTHER____; TAPE(s)_____
　　　　　　___Exhibits:___Envelope
　　　　　　___Volume (s) of Original Papers
_____

　　　　　　　　　　Sincerely,

　　　　　　　　　　DEBRA P. HACKETT, CLERK

　　　　　　　　　By:　Donna M. Norfleet
　　　　　　　　　　　Deputy Clerk