IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MELVIN RAY,                    )
                               )
    Plaintiff,                 )
                               )
                               )   CIVIL ACTION NO.
    v.                         )     2:07cv858-MHT
                               )
TROY KING, Attorney General    )
for the State of Alabama,      )
                               )
    Defendant.                 )
```

ORDER

For the reasons set forth in this court's order of December 4, 2007 (Doc. No. 19), it is ORDERED that the motion to proceed on appeal in forma pauperis (Doc. No. 20) is denied.

DONE, this the 11th day of December, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE