Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

February 22, 2008

**Appeal Number: 07-15674-G**
Case Style: Melvin Ray v. Troy King
District Court Number: 07-00858 CV-T-N

TO:   Debra P. Hackett

CC:   Melvin Ray (163343)

CC:   Troy King

CC:   Warden

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 22, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-15674-G**
Case Style: Melvin Ray v. Troy King
District Court Number:  07-00858 CV-T-N

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.  See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 2 2 2008

THOMAS K. KAHN
CLERK

No. 07-15674-G

MELVIN RAY,

                                                                                                Plaintiff-Appellant,

versus

TROY KING,
Attorney General for the
State of Alabama,

                                                                          Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

Before   DUBINA, CARNES and HULL, Circuit Judges.

BY THE COURT:

    The appellant, in the district court, filed a notice of appeal and a motion to proceed on appeal in forma pauperis. The district court denied in forma pauperis status, certifying that the appeal was frivolous and not taken in good faith. However, the district court did not assess a $455.00 appellate filing fee, as is now required under the Prison Litigation Reform Act of 1995 (April 26, 1996); see 28 U.S.C. § 1915 (as amended).

    Appellant has consented to pay the $455.00 filing fee and any additional costs assessed, using the partial payment plan described under 28 U.S.C. § 1915 (as amended) and has filed a motion for

leave to proceed on appeal. Thus, the only remaining question is whether the appeal is frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). This Court now finds that this appeal is frivolous, DENIES leave to proceed, and DISMISSES the appeal.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia