3 / 5 / 2008

Clerk of the Court
Middle Dist. of Ala.
15 Lee St.
Montgomery, AL 36104

RECEIVED
2008 MAR 11 A 9:36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Melvin Ray J-5
AIS no. 163343
100 Warrior Ln
Bessemer, AL 35023

Re: Notice of Address and Bed Assignment change.

Dear Clerk of the Court,

Please note my address and bed assignment change, for all future mailings from the Court in this case, including any issued over the past week to 10 days. At the present, I do not yet have all of my legal documents, but I do have at least the following case numbers:

07-00858-CV-T-N
_____
_____
_____

Thank you in advance for correcting my mailing address in this matter.

Sincerely,

Melvin Ray

cc:

Melvin Ray J-5
16 3343
100 Warrior Lane
Bessemer, AL 35023

BIRMINGHAM AL 352

07 MAR 2008 PM 4 L



U.S. District Court
Middle District of Alabama
15 Lee Street
Montgomery, AL 36104

Legal Mail

36104+4056